## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| CELLTRACE LLC, <br><br> Plaintiff, <br><br> v. <br><br> METROPCS COMMUNICATIONS, INC.; and METROPCS WIRELESS, INC., <br><br> Defendants and Counterclaim Plaintiffs. | § § § § § § § § § § § | CIVIL ACTION NO. 6:09-cv-00371 <br><br> **JURY TRIAL DEMANDED** |
| METROPCS COMMUNICATIONS, INC.; and METROPCS WIRELESS, INC., <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> CELLTRACE LLC, ACACIA PATENT ACQUISITION, LLC and ACACIA RESEARCH CORPORATION, <br><br> Counterclaim Defendants. | § § § § § § § § § § § § § § § | |

## MOTION TO STAY CERTAIN DEADLINES
## AND NOTICE OF SETTLEMENT

Acacia Patent Acquisition, LLC, and Acacia Research Corp. (collectively "Acacia");

MetroPCS Communications, Inc. and MetroPCS Wireless, Inc. (collectively "MetroPCS"); and

Celltrace LLC ("Celltrace"), have reached agreement in principle with respect to all of the claims

asserted between Celltrace and Acacia, on the one hand, and MetroPCS, on the other hand, and

jointly move the Court as follows:

1

1.      The Parties are in the process of memorializing the terms of an agreement in principle that will resolve (1) all of the claims asserted by Plaintiff against MetroPCS, (2) all of the counterclaims asserted by MetroPCS against Plaintiff, and (3) all of the claims asserted by MetroPCS against the Acacia defendants in the above-captioned action, and expect to file a stipulation of dismissal requesting that the Court dismiss with prejudice all claims asserted between the Parties in the above-entitled and numbered action in the next 30 days.

2.      In light of their settlement in principle and impending dismissal, Celltrace, Acacia, and MetroPCS respectfully request the Court to stay all deadlines specific to Celltrace, Acacia, and MetroPCS, while they finalize their settlement agreement.

3.      A proposed order is attached.

**Dated:  October 21, 2010**

By: /s/ George T. Scott
Brent N. Bumgardner
Attorney-in-Charge
Texas State Bar No. 00795272
Barry J. Bumgardner
Texas State Bar No. 00793424
Decker A. Cammack
Texas State Bar No. 24036311
**NELSON BUMGARDNER CASTO, P.C.**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
(817) 377-9111
(817) 377-3485 (fax)
bbumgardner@nbclaw.net
barry@nbclaw.net
dcammack@nbclaw.net

Leslie D. Ware
State Bar No. 00785179
lware@thewarefirm.com
Donald Puckett
State Bar No. 24013358
dpuckett@thewarefirm.com
Mark W. Born
State Bar No. 24034334
mborn@thewarefirm.com
**THE WARE FIRM**
2101 Cedar Springs Road, Suite 1900
Dallas, Texas 75201
(214) 744-5000
(214) 744-5013 (fax)

T. John Ward, Jr.
Texas State Bar No. 00794818
WARD & SMITH LAW FIRM
111 W. Tyler Street
Longview, Texas  75601
(903) 757-6400
(903) 757-2323 (fax)
jw@jwfirm.com

**ATTORNEYS FOR PLAINTIFF
CELLTRACE LLC**

By: /s/ Jon Hohenthaner
E. Glenn Thames, Jr.
State Bar No. 00785097
POTTER MINTON
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, TX 75702
Tel:  903-597-8311
Fax:  903-593-0846
Email:  glennthames@potterminton.com

Jon T. Hohenthaner (admitted *pro hac vice*)
Andrew G. Heinz (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4675
Tel:  212-446-4800
Fax:  212-446-4900
Email: jon.hohenthaner@kirkland.com
        andrew.heinz@kirkland.com

Garreth A. Sarosi
State Bar No. 24039373
MetroPCS Communications, Inc.
MetroPCS Wireless, Inc.
2250 Lakeside Boulevard
Richardson, TX 75082
Tel:  469-330-4784
Fax:  866-715-8790
Email:  gsarosi@metropcs.com

ATTORNEYS FOR DEFENDANTS
METROPCS COMMUNICATIONS, INC.
AND METROPCS WIRELESS, INC.

By  /s Marc Schneider
John J. Little, Tex. Bar No. 12424230
Stephen G. Gleboff, Tex. Bar No. 08024500
Megan K. Dredla, Tex. Bar. No. 24050530
LITTLE PEDERSEN FANKHAUSER L.L.P.
901 Main Street Suite 4110
Dallas, TX 75202
Tel :  214-573-2300
Fax :  214-573-2323
Email: jlittle@lpf-law.com
stevegleboff@lpf-law.com
mdredla@lpf-law.com
Marc J. Schneider, *admitted pro hac vice*
Douglas Q. Hahn, *pro hac vice pending*
Matthew T. Montgomery, *admitted pro hac vice*
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Ste. 1600
Newport Beach, CA  92660
Tel: 949-725-4000
Fax: 949-725-4100
Email: mschneider@sycr.com
dhahn@sycr.com
mmontgomery@sycr.com

**ATTORNEYS FOR ACACIA PATENT ACQUISITION, LLC AND ACACIA RESEARCH CORPORATION**

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 21st day of October, 2010, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ George Scott
